IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CESAR HILARIO LLANOS PLACENCIA, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-16-1898 |
| | : | |
| CRAIG LOWE, ET AL., | : | (Judge Brann) |
| | : | |
| Respondents | : | |

## **ORDER**

November 7, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The unopposed petition for writ of habeas corpus is **GRANTED**.

2. Petitioner shall be provided an individualized bond hearing before an immigration judge within thirty (30) days of this Order.

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge